| AO 10*<br>Rev. 1/2021 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2020** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Granade, Callie V. | 2. Court or Organization<br><br>U.S. District Court Southern District of Alabama | 3. Date of Report<br><br>05/20/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

United States Courthouse
155 St. Joseph Street
Mobile, Alabama 36602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Hollins University |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Granade, Callie V.** | 05/20/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 05/20/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | The First, A National Banking Association | Note secured by lot, house and rental cottage in Fairhope, AL | L |
| 2. | Hancock Whitney Bank | Note secured by lot, house and rental cottage in Fairhope, AL | O |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. The First Bank cash Accounts | A | Interest | O | T | | | | | |
| 2. Wells Fargo Bank cash Accounts | A | Interest | K | T | | | | | |
| 3. Hancock Whitney Bank cash Account | | None | N | T | Open | 08/03/20 | J | | |
| 4. Morgan Stanley Brokerage Account (H) | | | | | | | | | |
| 5. -- Allstate Life Variable Annuity: AB VPS Lg Cap Grw Port-Cls B | | None | N | T | | | | | |
| 6. Schwab IRA #1 (H) | | | | | | | | | |
| 7. -- Schwab Govt Money Fund SWGXX | A | Int./Div. | J | T | Redeemed (part) | 01/17/20 | J | | |
| 8. | | | | | Redeemed (part) | 01/27/20 | J | | |
| 9. | | | | | Buy (add'l) | 01/29/20 | J | | |
| 10. | | | | | Buy (add'l) | 02/10/20 | J | | |
| 11. | | | | | Buy (add'l) | 03/09/20 | J | | |
| 12. | | | | | Buy (add'l) | 03/16/20 | J | | |
| 13. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 14. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 15. | | | | | Buy (add'l) | 04/08/20 | J | | |
| 16. | | | | | Redeemed (part) | 04/20/20 | J | | |
| 17. | | | | | Redeemed (part) | 05/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Granade, Callie V.** | 05/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 05/08/20 | J | | |
| 19. | | | | | Buy (add'l) | 05/08/20 | J | | |
| 20. | | | | | Buy (add'l) | 06/26/20 | J | | |
| 21. | | | | | Buy (add'l) | 07/01/20 | J | | |
| 22. | | | | | Buy (add'l) | 07/09/20 | J | | |
| 23. | | | | | Redeemed (part) | 07/23/20 | J | | |
| 24. | | | | | Redeemed (part) | 08/06/20 | J | | |
| 25. | | | | | Buy (add'l) | 08/10/20 | J | | |
| 26. | | | | | Buy (add'l) | 09/09/20 | J | | |
| 27. | | | | | Buy (add'l) | 09/17/20 | J | | |
| 28. | | | | | Buy (add'l) | 09/25/20 | J | | |
| 29. | | | | | Buy (add'l) | 10/01/20 | J | | |
| 30. | | | | | Buy (add'l) | 10/08/20 | J | | |
| 31. | | | | | Redeemed (part) | 10/22/20 | J | | |
| 32. | | | | | Buy (add'l) | 11/09/20 | J | | |
| 33. | | | | | Redeemed (part) | 12/02/20 | J | | |
| 34. | | | | | Buy (add'l) | 12/04/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Granade, Callie V.** | 05/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/08/20 | J | | |
| 36. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 37. | | | | | Buy (add'l) | 12/28/20 | J | | |
| 38. | | | | | Buy (add'l) | 12/31/20 | J | | |
| 39. --Harding Loevner Emerg. Mkts Adv CL (HLEMX) | | None | | | Sold | 08/04/20 | K | B | |
| 40. -- Invesco Oppenheimer Dev Mkts Fd Cl Y (ODVYX) | A | Dividend | J | T | Buy (add'l) | 12/16/20 | J | | |
| 41. -- Vanguard Equity Income FD Admiral (VEIRX) | A | Dividend | K | T | Buy (add'l) | 03/20/20 | J | | |
| 42. | | | | | Buy (add'l) | 06/26/20 | J | | |
| 43. | | | | | Buy (add'l) | 09/28/20 | J | | |
| 44. | | | | | Buy (add'l) | 12/18/20 | J | | |
| 45. -- Vanguard Total World Stock ETF (VT) | B | Dividend | L | T | | | | | |
| 46. -- Primecap Odyssey Aggr Growth Fd (POAGX) | A | Dividend | J | T | | | | | |
| 47. -- Vanguard Small Cap ETF (VB) | A | Dividend | J | T | | | | | |
| 48. --Vanguard Mega Cap Growth (MGK) | A | Dividend | K | T | | | | | |
| 49. --Vanguard FTSE Developed Mkts (VEA) | A | Dividend | | | Sold | 12/01/20 | K | A | |
| 50. --Vanguard Mega Cap ETF (MGC) | A | Dividend | | | Sold (part) | 01/24/20 | K | D | |
| 51. | | | | | Sold | 12/01/20 | K | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Granade, Callie V. | 05/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. --Vangaurd Mid Cap Value ETF (VOE) | A | Dividend | J | T | | | | | |
| 53. --JP Morgan Chase Valerian ETN (AMJ) | | None | | | Sold | 01/24/20 | J | | |
| 54. --Vanguard Mid Cap ETF (VO) | A | Dividend | K | T | | | | | |
| 55. --Schwab Short Term US Treasury ETF (SCHO) | A | Dividend | K | T | | | | | |
| 56. --Schwab US Aggregate Bond ETF (SCHZ) | C | Dividend | M | T | Buy (add'l) | 12/01/20 | K | | |
| 57. --Primecap Odyssey Growth (POGRX) | | None | | | Sold | 08/04/20 | K | B | |
| 58. --Janus Henderson Enterprise FD 1 (JMGRX) | B | Dividend | K | T | Buy (add'l) | 12/17/20 | J | | |
| 59. --Vangaurd Short Term nvestment Grade Fund Admiral (VFSUX) | C | Dividend | M | T | Buy (add'l) | 01/31/20 | J | | |
| 60. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 61. | | | | | Buy (add'l) | 03/31/20 | J | | |
| 62. | | | | | Buy (add'l) | 04/30/20 | J | | |
| 63. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 64. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 65. | | | | | Buy (add'l) | 07/31/20 | J | | |
| 66. | | | | | Buy (add'l) | 08/31/20 | J | | |
| 67. | | | | | Buy (add'l) | 09/30/20 | J | | |
| 68. | | | | | Buy (add'l) | 10/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 05/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 70. | | | | | Buy<br>(add'l) | 12/31/20 | J | | |
| 71.   --Brown Cap Mgmt Small Co Fd Inst C:<br>(BCSSX) | A | Dividend | J | T | Buy<br>(add'l) | 12/11/20 | J | | |
| 72.   --Mondrian Intl Value Eqty (MPIEX) | | | | | Sold | 04/30/20 | K | | |
| 73.   --Western Asset Core BD FD I (WATFX) | C | Dividend | M | T | Buy<br>(add'l) | 01/24/20 | K | | |
| 74. | | | | | Buy<br>(add'l) | 01/31/20 | J | | |
| 75. | | | | | Buy<br>(add'l) | 02/28/20 | J | | |
| 76. | | | | | Buy<br>(add'l) | 03/31/20 | J | | |
| 77. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 78. | | | | | Buy<br>(add'l) | 05/29/20 | J | | |
| 79. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 80. | | | | | Buy<br>(add'l) | 07/31/20 | J | | |
| 81. | | | | | Buy<br>(add'l) | 08/31/20 | J | | |
| 82. | | | | | Buy<br>(add'l) | 09/30/20 | J | | |
| 83. | | | | | Buy<br>(add'l) | 10/30/20 | J | | |
| 84. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 85. | | | | | Buy<br>(add'l) | 12/01/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 05/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 12/15/20 | J | | |
| 87. | | | | | Buy<br>(add'l) | 12/31/20 | J | | |
| 88. --Vanguard Mega Cap Value ETF (MGV) | A | Dividend | K | T | | | | | |
| 89. --Ishares Gold ETF (IAU) | | None | J | T | Buy | 08/04/20 | J | | |
| 90. --Ishares Silver Trust ETF (SLV) | | None | J | T | Buy | 08/04/20 | J | | |
| 91. --AB Flexfee Large Cap Gro (FFLYX) | A | Dividend | K | T | Buy | 08/04/20 | K | | |
| 92. --MFS Int'l Intrinsic Value R6 (MINJX) | B | Dividend | J | T | Buy | 04/30/20 | K | | |
| 93. | | | | | Buy<br>(add'l) | 08/04/20 | J | | |
| 94. | | | | | Buy<br>(add'l) | 12/10/20 | J | | |
| 95. Schwab Brokerage Account #1 (H) | | | | | | | | | |
| 96. --Schwab Govt Money Fund SWGXX | B | Int./Div. | M | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 97. | | | | | Buy<br>(add'l) | 01/03/20 | K | | |
| 98. | | | | | Buy<br>(add'l) | 01/06/20 | J | | |
| 99. | | | | | Buy<br>(add'l) | 01/08/20 | J | | |
| 100. | | | | | Buy<br>(add'l) | 01/06/20 | J | | |
| 101. | | | | | Redeemed<br>(part) | 01/17/20 | J | | |
| 102. | | | | | Redeemed<br>(part) | 01/27/20 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Granade, Callie V.** | 05/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Redeemed<br>(part) | 01/28/20 | K | | |
| 104. | | | | | Buy<br>(add'l) | 02/03/20 | J | | |
| 105. | | | | | Buy<br>(add'l) | 02/04/20 | J | | |
| 106. | | | | | Buy<br>(add'l) | 02/14/20 | J | | |
| 107. | | | | | Redeemed<br>(part) | 02/18/20 | J | | |
| 108. | | | | | Buy<br>(add'l) | 02/19/20 | K | | |
| 109. | | | | | Buy<br>(add'l) | 03/02/20 | J | | |
| 110. | | | | | Buy<br>(add'l) | 03/03/20 | J | | |
| 111. | | | | | Buy<br>(add'l) | 03/13/20 | J | | |
| 112. | | | | | Buy<br>(add'l) | 03/16/20 | J | | |
| 113. | | | | | Buy<br>(add'l) | 03/17/20 | J | | |
| 114. | | | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 115. | | | | | Redeemed<br>(part) | 03/27/20 | J | | |
| 116. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 117. | | | | | Buy<br>(add'l) | 04/03/20 | J | | |
| 118. | | | | | Buy<br>(add'l) | 04/15/20 | J | | |
| 119. | | | | | Buy<br>(add'l) | 04/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 05/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy<br>(add'l) | 04/20/20 | K | | |
| 121. | | | | | Redeemed<br>(part) | 04/21/20 | K | | |
| 122. | | | | | Redeemed<br>(part) | 04/27/20 | J | | |
| 123. | | | | | Buy<br>(add'l) | 05/01/20 | J | | |
| 124. | | | | | Buy<br>(add'l) | 05/04/20 | J | | |
| 125. | | | | | Buy<br>(add'l) | 05/15/20 | J | | |
| 126. | | | | | Redeemed<br>(part) | 05/27/20 | J | | |
| 127. | | | | | Buy<br>(add'l) | 06/01/20 | J | | |
| 128. | | | | | Buy<br>(add'l) | 06/02/20 | K | | |
| 129. | | | | | Buy<br>(add'l) | 06/08/20 | J | | |
| 130. | | | | | Buy<br>(add'l) | 06/12/20 | J | | |
| 131. | | | | | Buy<br>(add'l) | 06/17/20 | J | | |
| 132. | | | | | Buy<br>(add'l) | 06/19/20 | J | | |
| 133. | | | | | Buy<br>(add'l) | 06/26/20 | J | | |
| 134. | | | | | Redeemed<br>(part) | 06/29/20 | J | | |
| 135. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 136. | | | | | Buy<br>(add'l) | 07/02/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 05/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 138. | | | | | Buy (add'l) | 07/16/20 | J | | |
| 139. | | | | | Redeemed (part) | 07/23/20 | J | | |
| 140. | | | | | Redeemed (part) | 07/27/20 | J | | |
| 141. | | | | | Buy (add'l) | 08/03/20 | J | | |
| 142. | | | | | Buy (add'l) | 08/04/20 | L | | |
| 143. | | | | | Redeemed (part) | 08/06/20 | K | | |
| 144. | | | | | Buy (add'l) | 08/14/20 | J | | |
| 145. | | | | | Buy (add'l) | 08/27/20 | J | | |
| 146. | | | | | Buy (add'l) | 09/01/20 | J | | |
| 147. | | | | | Buy (add'l) | 09/02/20 | K | | |
| 148. | | | | | Buy (add'l) | 09/11/20 | J | | |
| 149. | | | | | Buy (add'l) | 09/14/20 | J | | |
| 150. | | | | | Buy (add'l) | 09/17/20 | J | | |
| 151. | | | | | Buy (add'l) | 09/18/20 | J | | |
| 152. | | | | | Redeemed (part) | 09/28/20 | J | | |
| 153. | | | | | Buy (add'l) | 10/01/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 05/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 10/05/20 | J | | |
| 155. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 156. | | | | | Buy (add'l) | 10/16/20 | J | | |
| 157. | | | | | Redeemed (part) | 10/22/20 | J | | |
| 158. | | | | | Redeemed (part) | 10/27/20 | J | | |
| 159. | | | | | Buy (add'l) | 11/02/20 | J | | |
| 160. | | | | | Buy (add'l) | 11/03/20 | J | | |
| 161. | | | | | Buy (add'l) | 11/13/20 | J | | |
| 162. | | | | | Redeemed (part) | 11/27/20 | J | | |
| 163. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 164. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 165. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 166. | | | | | Buy (add'l) | 12/11/20 | J | | |
| 167. | | | | | Buy (add'l) | 12/14/20 | J | | |
| 168. | | | | | Buy (add'l) | 12/16/20 | J | | |
| 169. | | | | | Buy (add'l) | 12/17/20 | J | | |
| 170. | | | | | Buy (add'l) | 12/18/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 05/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 12/22/20 | J | | |
| 172. | | | | | Buy (add'l) | 12/23/20 | J | | |
| 173. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 174. | | | | | Redeemed (part) | 12/28/20 | J | | |
| 175. | | | | | Buy (add'l) | 12/31/20 | J | | |
| 176.   --Schwab US Trsy Money Inv (SNSXX) | A | Dividend | K | T | Buy | 03/20/20 | K | | |
| 177. | | | | | Buy (add'l) | 04/20/20 | N | | |
| 178. | | | | | Sold (part) | 07/23/20 | N | | |
| 179.  -- Apple Computer Inc. common stock (AAPL) | B | Dividend | N | T | | | | | |
| 180.  -- Diageo PPLC SponADR stock (DEO) | C | Dividend | M | T | | | | | |
| 181.  -- Duke Energy Corp Hldg. Co. stock (DUK) | C | Dividend | L | T | | | | | |
| 182.  -- Kimberly Clark Corp. stock (KMB) | C | Dividend | M | T | | | | | |
| 183.  -- MFS Intl Intr Value Cl I (MINJX) | B | Dividend | M | T | | | | | |
| 184.  -- Microsoft common stock (MSFT) | A | Dividend | K | T | | | | | |
| 185.  -- Nestle Spon ADR stock (NSRGY) | C | Dividend | M | T | | | | | |
| 186.  -- Pepsico Inc. NC stock (PEP) | C | Dividend | M | T | | | | | |
| 187.  --Invesco Dynamic Market ETF (PWC) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 05/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -- Investco Water Resources ETF (PHO) | A | Dividend | M | T | | | | | |
| 189. -- Sherwin Williams Co. stock (SHW) | C | Dividend | N | T | | | | | |
| 190. -- U. S. Bancorp common stock (USB) | C | Dividend | L | T | | | | | |
| 191. -- American FD Amcap Fund A (AMCPX) | A | Dividend | M | T | | | | | |
| 192. -- American FD Growth FD of America CL A (AGTHX) | A | Dividend | L | T | | | | | |
| 193. -- American FD Inv Co. of America CL A (AIVSX) | B | Dividend | L | T | | | | | |
| 194. -- Vanguard Consumer Discretionary ETF (VCR) | B | Dividend | M | T | | | | | |
| 195. -- Vanguard Financials ETF (VFH) | C | Dividend | M | T | | | | | |
| 196. -- Vanguard Health Care ETF (VHT) | C | Dividend | M | T | | | | | |
| 197. -- Vanguard FTSE Developed Markets ETF (VEA) | A | Dividend | | | Sold | 04/16/20 | M | | |
| 198. -- Vanguard Industrials ETF (VIS) | B | Dividend | M | T | | | | | |
| 199. --Vanguard Information Technology ETF (VGT) | A | Dividend | L | T | | | | | |
| 200. -- Vanguard Mid Cap ETF (VO) | C | Dividend | M | T | Sold (part) | 04/16/20 | M | | |
| 201. -- Vanguard Mid Cap Value ETF (VOE) | C | Dividend | M | T | | | | | |
| 202. -- Vanguard Small Cap ETF (VB) | A | Dividend | | | Sold | 04/16/20 | L | | |
| 203. --Harding Loevner Emerging Mkts Adv CL (HLEMX) | A | Dividend | K | T | | | | | |
| 204. --Janus Henderson Ent Fd 1 (JMGRX) | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 05/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  --Mondrian Intl Value Eqty Fd (MPIEX) | | | | | Sold | 04/16/20 | K | | |
| 206.  --DWS Emrg Mkts Eqty Inst (SEKIX) | A | Dividend | K | T | | | | | |
| 207.  --Invesco Oppenheimer Dev Mkts R6 (ODVIX) | A | Dividend | K | T | | | | | |
| 208.  --Invesco Bulletshares 2022 Corp Bond ETF (BSCM) | A | Dividend | K | T | Buy | 01/24/20 | K | | |
| 209. | | | | | Buy<br>(add'l) | 08/04/20 | K | | |
| 210.  ==Invesco Bulletshares 2024 Coorp Bond ETF (BSCO) | A | Dividend | K | T | Buy | 01/24/20 | K | | |
| 211. | | | | | Buy<br>(add'l) | 08/24/20 | K | | |
| 212.  --Invesco Bulletshares 2023 Corp Bond ETF (BSCN) | A | Dividend | K | T | Buy | 01/24/20 | K | | |
| 213. | | | | | Buy<br>(add'l) | 08/04/20 | K | | |
| 214.  --Brown Cap Mgmt Small Co Fd (BCSSX) | | None | K | T | | | | | |
| 215.  --Western Asset Core BD FD I (WATFX) | A | Dividend | K | T | Buy | 01/31/20 | K | | |
| 216. | | | | | | | | | |
| 217.  --Alabama St Public Schcl 5%20 (010609AP)) | | | | | Matured | 01/02/20 | K | | |
| 218.  --Mobile AL 5%20 Go UTX (6071142C8) | | | | | Matured | 02/15/20 | K | | |
| 219.  --Gadsden AL WWKS&S 4.5% Comb Util (362514KB6) | A | Int./Div. | | | Redeemed | 06/01/20 | K | | |
| 220.  --Vestavia Hills ALA 5%20 DB (925479QF7) | B | Interest | | | Matured | 08/01/20 | K | | |
| 221.  --Huntsville AL 4%20 DB LTX (447025SX6) | B | Interest | | | Matured | 09/01/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 05/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. --Birmingham AL WW BR 5%41 Util (091096ES2) | B | Interest | L | T | | | | | |
| 223. --Opelika Alabama Elec 4.2%22 Warr | B | Interest | K | T | | | | | |
| 224. --Auburn AL 3%21 DB UTX (0502134J3) | B | Interest | L | T | | | | | |
| 225. --Tuscaloosa ALA City 5%21 Warr (90059RAD3) | B | Interest | K | T | | | | | |
| 226. --Brewton AL 3%21 DB LTX (107781JV9) | B | Interest | L | T | | | | | |
| 227. --Alabama St Pb Sch & Col 5%22 Excise (0106084R5) | C | Interest | L | T | | | | | |
| 228. --Alabama St Univ 4.125%42 (010632PB7) | B | Interest | L | T | | | | | |
| 229. --Ala Federal Aid HWY Auth 5%23 (010267AU6) | C | Interest | L | T | | | | | |
| 230. --Ala Fed Aid HWY Auth 5%26 (010267AX0) | B | Interest | K | T | | | | | |
| 231. --Auburn Univ AL GNFE 5%23 Pub Educ (050589JS0) | B | Interest | K | T | | | | | |
| 232. --Baldwin County Ala 5%23 GO LTX (057849HS3) | B | Interest | L | T | | | | | |
| 233. --Northport AL 3%23 GO LTX (666611LK2) | B | Interest | L | T | | | | | |
| 234. --Huntsville A: 4%23 GO LTX (447025NJ2) | C | Interest | | | Redeemed (part) | 11/05/20 | L | | |
| 235. --Huntsville AL 4%23 GO LTX (447025W29) | | | L | T | Buy | 11/05/20 | L | | |
| 236. --Huntsville AL 4%23 GO LTX (447025W60) | | | J | T | Buy | 11/05/20 | J | | |
| 237. --Madison A: 4%24 Go Utx (556583ZT2) | B | Interest | L | T | | | | | |
| 238. --Vestavia Hills AL 5%24 DB Utx (925479QK6) | B | Interest | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Granade, Callie V.** | 05/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239.  1/12 mineral rights, parcel in Washington County, Alabama | | None | J | W | | | | | |
| 240.  Note - Daphne Offices, LLC (see note) | F | Interest | M | T | | | | | |
| 241.  1/3 interest in real estate parcel #1 in Washington Cty ,AL | | None | | | Sold | 03/17/20 | M | G | |
| 242.  1/3 interest in real estate parcel #2 in Washington Cty, AL | | None | J | W | | | | | |
| 243.  1/2 int in real estate Parcel #3 in Washington Cty, AL | | None | J | W | | | | | |
| 244.  3% interest in realty in Fairhope, AL (see note) | | None | K | W | | | | | |
| 245.  Schwab IRA #2 (H) | | | | | | | | | |
| 246.  --Schwab Value Advantage Money Mkt Fund (SWVXX) | A | Dividend | | | Sold | 03/20/20 | J | | |
| 247.  --Schwab US TRSY Money Inv (SNSXX) | A | Dividend | | | Buy | 03/20/20 | J | | |
| 248. | | | | | Sold | 06/09/20 | J | | |
| 249.  --Ishares Gold ETF (IAU) | | None | K | T | Buy | 08/04/20 | K | | |
| 250.  --Ishares Silver Trust ETF (SLV) | | None | K | T | Buy | 08/04/20 | K | | |
| 251.  -- Schwab Aggregate Bond ETF (SCHZ) | B | Dividend | L | T | | | | | |
| 252.  --Vanguard FTSE Developed Markets ETF (VEA) | C | Dividend | L | T | Sold (part) | 10/26/20 | K | | |
| 253.  --Vanguard Mega Cap ETF (MGC) | B | Dividend | M | T | Sold (part) | 11/23/20 | K | D | |
| 254.  --Vanguard Mega Cap Growth ETF (MGK) | A | Dividend | K | T | Sold (part) | 11/23/20 | K | D | |
| 255.  --Vanguard Mid Cap ETF (VO) | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 05/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  --Vanguard Mid Cap Value ETF (VOE) | B | Dividend | K | T | | | | | |
| 257.  --Vanguard Short Term Cor BD ETF (VCSH) | B | Dividend | L | T | Sold (part) | 06/09/20 | K | A | |
| 258. | | | | | Sold (part) | 09/09/20 | J | A | |
| 259.  --Vanguard Small Cap ETF (VB) | A | Dividend | | | Distributed | 04/20/20 | K | | |
| 260.  --Vanguard Short Term Investment Grade Fund (VFSUX) | B | Dividend | K | T | | | | | |
| 261.  --Blackrock Health Science (SHSSX) | B | Dividend | | | Sold | 12/01/20 | K | E | |
| 262.  --AB Flexfee Large Cap Growth Advisor (FFLYX) | A | Dividend | L | T | Buy | 08/04/20 | K | | |
| 263.  --Brown Cap Mgmt Small Co (BCSSX) | B | Dividend | K | T | | | | | |
| 264.  --Columbia Divdend Income Fd (CDDRX) | B | Dividend | M | T | | | | | |
| 265.  --Harding Loevner Emerging (HLEMX) | A | Dividend | | | Distributed | 05/08/20 | K | | |
| 266.  --MFS Intl Value Cl 1 (MINJX) | D | Dividend | M | T | Sold (part) | 12/01/20 | K | D | |
| 267.  --Invesco Oppenheimer Developing Mkts Fd Cl 1 (ODVIX) | A | Dividend | K | T | | | | | |
| 268.  --Primecap Odyssey AGGR Growth Fund (POAGX) | C | Dividend | L | T | | | | | |
| 269.  --Vanguard DIV Gowth Investor FD (VDIGX) | B | Dividend | L | T | Sold (part) | 12/01/20 | J | C | |
| 270.  --Virtus Duff & Phelps Blbl Rel Estate Sec I (VGISX) | A | Dividend | | | Sold | 09/09/20 | K | A | |
| 271.  --Primecap Odyssey Stock FD (POSKX) | | None | | | Sold | 08/04/20 | K | A | |
| 272.  --Bank Sweep in a Charles Schwab & Co., Inc. affiliated bank(see note) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 05/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br>(2)<br>Date<br>mm/dd/yy | <br>(3)<br>Value<br>Code 2<br>(J-P) | <br>(4)<br>Gain<br>Code 1<br>(A-H) | <br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Schwab Roth IRA #1 (H) | | | | | | | | | |
| 274. -- Vanguard Small Capt ETF (VB) (See Line 260) | A | Dividend | | | Open | 04/20/20 | K | | |
| 275. | | | | | Sold (part) | 07/28/20 | J | | |
| 276. --Harding Loevner Emerging Mkts (HLEMX) (See Line 266) | A | Dividend | K | T | Open | 05/08/20 | K | | |
| 277. ----MFS Inl Value (MINJX)(see Line 267) | A | Dividend | K | T | Open | 09/18/20 | K | | |
| 278. --Bank Sweep in a Charles Schwab & Co., Inc. affiliated bank(see note) | A | Interest | J | T | | | | | |
| 279. Schwab Brokerage Account #2 (H) | | | | | | | | | |
| 280. --Mobile AL 5%20 GO UTX | B | Interest | | | Matured | 02/18/20 | K | | |
| 281. --Huntsville AL 5%20 GO LTX (447025KP1) | A | Interest | | | Matured | 03/02/20 | K | | |
| 282. Vestavia Hills AL 5%20 DB UTX (925479QF7) | B | Interest | | | Matured | 08/03/20 | K | | |
| 283. --Birmingham AL WW BR 5%25 WTR Util | B | Interest | K | T | | | | | |
| 284. --Birmingham AL WW BR 5%41 Wtr Util (091092ES2) | B | Interest | K | T | | | | | |
| 285. --Alabama St Pb Schcl 5%21 (010609DM4) | B | Interest | K | T | | | | | |
| 286. --Brewton AL 3%21 DB LTX (107781JV9) | A | Interest | K | T | | | | | |
| 287. --Alabama St. Univ 4.125%42 Pub Educ (010632PB7) | B | Interest | K | T | | | | | |
| 288. --Auburn AL 3%22 DB UTX05 (0502134K0) | A | Interest | K | T | | | | | |
| 289. --AL Fed Aid HWY Auth 5%24 Hwy Tran (010267AV4) | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Granade, Callie V.** | 05/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. --AL Fed Aid HWY Auth 5%25 Hwy Tran (0100267AwW) | B | Interest | K | T | | | | | |
| 291. --Madison AL 4%24 GO UTX (556583ZT2) | B | Interest | L | T | | | | | |
| 292. --Ishares Core S&P Mid Cap ETF (IJH) | A | Dividend | | | Sold | 04/16/20 | L | | |
| 293. --PIMCO Enhanced SHRT (MINT) | A | Dividend | J | T | | | | | |
| 294. --Brown Cap Mgmt Small Co Fd Inst Cl (BCSSX) | | None | J | T | | | | | |
| 295. --Columbia Dividend Income Fd Cl Inst 2 (CDDRX) | C | Dividend | M | T | | | | | |
| 296. --DWS Emrg Mkts Eqty Inst (SEKIX) | | None | | | Sold | 04/16/20 | K | | |
| 297. --MFS Intl Value CL R6 (MINJX) | A | Dividend | M | T | | | | | |
| 298. --Janus Henderson Enterprise FD I (JMGRX) | A | Dividend | | | Sold | 04/16/20 | K | | |
| 299. --Western Asset Core BD Fd (WATFX) | B | Dividend | L | T | Buy (add'l) | 08/04/20 | J | | |
| 300. --Vanguard Mega CAP Growth ETF (MGK) | B | Dividend | M | T | | | | | |
| 301. --Vanguard Mega Cap Value ETF (MGV) | A | Dividend | K | T | | | | | |
| 302. --Invesco Oppenheimer Invesco Dev Mkts FD R6 (ODVIX) | A | Dividend | K | T | | | | | |
| 303. --Vanguard Mid Cap Value ETF (VOE) | A | Dividend | | | Sold | 04/16/20 | K | | |
| 304. --Vanguard FTSE Developed Mkts ETF (VEA) | A | Dividend | | | Sold | 04/16/20 | L | | |
| 305. --Vanguard S&P 500 ETF (VOO) | C | Dividend | M | T | | | | | |
| 306. --Vanguard Small Cap EFT (VB) | A | Dividend | | | Sold | 04/16/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 05/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307. --Vangurard Short Term Cor Bd ETF (VCSH) | A | Dividend | K | T | | | | | |
| 308. --Vanguard Total Bond Mkt EFT (BND) | B | Dividend | L | T | Buy | 02/26/20 | K | | |
| 309. | | | | | Buy (add'l) | 08/04/20 | K | | |
| 310. --Schwab Value Advantage Money Fund (SWVXX) (See Note) | A | Dividend | | | Buy (add'l) | 02/26/20 | K | | |
| 311. | | | | | Sold (part) | 02/28/20 | M | | |
| 312. | | | | | Sold | 03/19/20 | L | | |
| 313. --Schwab US TRSY Money Inv (SNSXX) | A | Dividend | K | T | Buy | 03/20/20 | L | | |
| 314. | | | | | Buy (add'l) | 04/20/20 | N | | |
| 315. | | | | | Sold (part) | 07/23/20 | N | | |
| 316. --Bank Sweep in a Charles Schwab & Co., Inc. affiliated bank(see note) | A | Interest | K | T | | | | | |
| 317. Rental Cottage #1 Baldwin County, AL (see note) | E | Rent | M | W | Buy | 07/31/20 | M | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Granade, Callie V.** | 05/20/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 240: The note from Daphne Offices, LLC calls for monthly payments of 5002.98 for 60 consecutive months beginning March 1, 2017. The monthly payments include both interest and principle pursuant to an amortization schedule, but the form does not have a category for principle portion of the payments it only allows me to report "interest" as income. Nor can I figure out how to report or categorize the monthly payments under the transaction portion of the form.

Part VII, Line 244: Although there is a rental cottage on the property, no reportable person receives any of the rental income. A reportable person is on the note for the property... see Part VI, Line 1.

Part VII, Lines 272, 278 & 316: The Schwab Account statements identify the sweep account as follows: Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwwab & Co, Inc. The statements do not further identify the bank(s). An internet search on 5/21/2021 identifies Schwab-affiliated banks used for bank sweeps as Charles Schwab Bank and Charles Schwab Trust Bank and Charles Schwab Premier Bank. See https://www.schwab.com/public/file/P-9458295.

Line 310: The asset SWVXX in Schwab Brokerage Account #2 was inadvertently left off the report for 2019 (that same asset was correctly reported in another account in 2019). It was first bought in June 2019, had additional purchases and sales in 2019, and as of December 31, 2019 had a balance of Value N.

Line 317: This rental cottage was purchased together with a larger house on the property which is a personal residence, and non-reportable.. The appraisal did not separate out the value of the rental cottage from the main residence, and is therefore an estimate.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Callie V. Granade**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544